IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NASH FINCH COMPANY, et al. )
         Plaintiff )
)
vs ) Civil No. 01-994
)
BRODAK'S SUPERMARKET, et al. )
         Defendant )

## ORDER OF COURT

AND NOW, to wit, this 7 day of March, 2008, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Document: Arbitration Award

Gary L. Lancaster
U.S. District Judge